IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BLAINE R. KVAPIL,

    Plaintiff,

v.

CHIPPEWA COUNTY, WISCONSIN,
JAMES L. KOWALCYZK, WILLIAM
REYNOLDS, BRUCE G. STELZNER, and
DOUGLAS CLARY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-CV-cv-402-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered granting summary judgment in favor of defendants Chippewa County, Wisconsin, James L. Kowalcyzk, William Reynolds, Bruce G. Stelzner and Douglas Clary and dismissing this case.

_____    6/27/13
Peter Oppeneer, Clerk of Court    Date